IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**IN BUSINESS FOR TEAM DEVELOPMENT, INC.**<br><br>Debtor<br><br>**IN BUSINESS FOR TEAM DEVELOPMENT, INC.**<br>Plaintiff<br><br>V.<br><br>**DEPARTMENT OF THE TREASURY DEPARTMENT OF THE COMMONWEALTH OF PUERTO RICO, JUAN CARLOS PUIG MORALES, SECRETARY**<br>Defendants | Case No.:  10-02207 (SEK)<br><br>CHAPTER 11<br><br>Adv. Proceeding: 10-00199<br><br>TAX REFUND AND OBJECTION TO CLAIM |

<u>MOTION REQUESTING EXTENSION OF TIME</u>

TO THE HONORABLE COURT:

**COMES NOW,** Defendant, the Treasury Department of the Commonwealth of Puerto Rico, <u>without submitting to the Court's jurisdiction</u>, through the Secretary of Justice, by the undersigned counsel, who appears for the sole purpose of this motion, and very respectfully avers and prays as follows:

1.   That this Honorable Court has jurisdiction under Title 28 USC §1334, and venue under Title 28 USC §1408, and particularly regarding this matter under Title 11 USC §108, on Extension of Time, Rule 6 (b) of the Federal Rules of Civil

EXTENSION OF TIME                                                                        2
IN RE: IN BUSINESS FOR TEAM DEVELOPMENT, INC.
ADV. PROC. NO. 10-00199
Case No.: 10-02207

Procedure and Rule 7001 *et seq.* of Federal Rules of Bankruptcy
Procedure.

2.    The Plaintiff filed an adversary proceeding against
Movant – Defendant, under Rule 7001 *et seq.* of Federal Rules of
Bankruptcy Procedure, on **December 10, 2010. Please see
Bankruptcy CM/ECF Docket, under entry no. 1.**

3.    The Summons were issued by the Honorable Court on
**December 10, 2010,** and the Service was completed in accordance
with Rule 7004 (b) (3), Federal Rules of Bankruptcy Procedure on
**December 17, 2010. (An additional three (3) days pursuant to
Fed. R. Bank. P. 9006(f) if were served by mail.**

4.    In accordance with Rule 7012 of the Federal Rules of
Bankruptcy Procedure the defendants shall serve an answer within
30 days after the issuance of the summons, which are due on
January 19, 2011.

5. The appearing Defendant is still analyzing the Plaintiff's
arguments and prepare the case. In spite of the undersigned best
efforts, said analysis has not concluded.

6.    To be able to adequately answer the complaint filed by
the Plaintiff the Defendant is requesting the Honorable Court an
extension of time of forty five (45) days, in accordance to
Title 11 USC §108 for Extension of Time.

7. The reasons for Defendant to request the extension of time is to make and verified the allegation in the complaint and to file a responsible and well-grounded answer to the Complaint.

8. The Defendant very respectfully requests to this Honorable Court to grant forty five (45) days to answer the complaint.

**WHEREFORE**, the Defendant, very respectfully request from this Honorable Court to grant this motion and extend the period of time that Defendant has to answer the complaint filed by the Plaintiff.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this date I filed this motion with the Clerk of the Bankruptcy court using the CM/ECF system, which will serve notice to all participants.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 19 day of January 2011.

> **GUILLERMO SOMOZA COLOMBANI**
> Secretary of Justice of the Commonwealth of Puerto Rico
>
> **GRISEL SANTIAGO CALDERÓN**
> Deputy Secretary of Justice
> In Charge of Litigation
>
> **WANDYMAR BURGOS VARGAS**
> U.S.D.C. No. 223502
> Director of Legal Affairs
> Federal Litigation Division

EXTENSION OF TIME                                                                                    4
IN RE: IN BUSINESS FOR TEAM DEVELOPMENT, INC.
ADV. PROC. NO. 10-00199
Case No.: 10-02207

*//S// MIGDA LIZ RODRÍGUEZ COLLAZO*
**MIGDA LIZ RODRÍGUEZ COLLAZO, ESQ**
U.S.D.C. NO. 224608
Attorney
Federal Litigation Division

DEPARTMENT OF JUSTICE OF THE
COMMONWEALTH OF PUERTO RICO
P.O. Box 9020192
San Juan, PR 00902-0192
Phone 787 721-5636/8010
Fax. (787) 723-9188
bankruptcyjusticia.gobierno.pr@gmail.com